# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. SACV 17-00840-CJC (KESx)　　　　Date January 12, 2018

Title: Cobra Engineering, Inc. v. H-D U.S.A., LLC, et al

Present: The Honorable CORMAC J. CARNEY

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:

Not Present　　　　Not Present

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☒ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Case to be reopened for administrative purposes only, then transfered and closed.

☐ Entered _____.

Initials of Preparer　　mku